UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONY BARNETT,

                        Plaintiff,

       -against-                             17 **CIVIL** 2682 (KPF))   ← Fillmore

## **JUDGMENT**

NATIONAL PASSENGER RAILROAD
CORPORATION (AMTRAK),

                        Defendant.
-------------------------------------------------------------X
ANTHONY J. BARNETT, JR.,

                        Plaintiff,

       -against-                             17 **CIVIL** 2683 (KPF)

## **JUDGMENT**

NATIONAL PASSENGER RAILROAD
CORPORATION (AMTRAK),

                        Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 10, 2018, Defendant's motions for summary judgment are granted, and Plaintiff's Amended Complaints are dismissed; accordingly, these cases are closed.

**Dated:** New York, New York
           December 12, 2018

                                                               **RUBY J. KRAJICK**
                                                                  Clerk of Court
                                                     BY:
                                                                     Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/12/2018